| | | | |
|---|---|---|---|
| Com. v. Altawarh | 52 EDA 2016 Affirmed | 09/09/2016 | CP–09–CR–0004369–2009 (Bucks) |
| In the Interest of: C.R. | 439 EDA 2016 Affirmed | 09/09/2016 | CP–51–AP–0000080–2015 CP–51–DP–0000875–2013 (Philadelphia) |
| Hatcher v. Byrd | 724 EDA 2016 Affirmed | 09/09/2016 | January Term, 2016 No. 160101602 (Philadelphia) |
| Com. v. Griffith | 1406 MDA 2015 Affirmed· Application to Withdraw as Counsel Granted | 09/09/2016 | CP–08–CR–0000080–2013 (Bradford) |
| Com. v. Dennison | 1723 MDA 2015 Quashed | 09/09/2016 | CP–40–CR–0004011–2006 (Luzerne) |
| Com. v. Reichart | 1724·MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 09/09/2016 | CP–40–CR–0000935–2015 (Luzerne) |
| Com. v. Serratore | 1870 MDA 2015 Affirmed | 09/09/2016 | CP–40–CR–0000140–1987 (Luzerne) |
| Com. v. Kress | 1937 MDA 2015 Affirmed | 09/09/2016 | CP–41–CR–0001990–2008 (Lycoming) |
| Com. v. Kelly | 2014 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 09/09/2016 | CP–40–CR–0003342–2014 (Luzerne) |
| Com. v. MacColl | 2156 MDA 2015 Affirmed | 09/09/2016 | CP–36–CR–0002834–2013 (Lancaster) |
| Com. v. James | 2188 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 09/09/2016 | CP–50–CR–0000055–2013 CP–50–CR–0000242–2013 CP–50–CR–0000243–2013 CP–50–CR–0000500–2012 (Perry) |
| J.D. v. J.J. | 2254 MDA 2015 Affirmed | 09/09/2016 | 15–2945 (Berks) |
| In re Estate of Walker; Appeal of Malone | 17 MDA 2016 Affirmed | 09/09/2016 | OC–00022–2012 (Adams) |